# EXHIBIT A
# Part 1

US005251294A

**United States Patent** [19]

**Abelow**

[11] **Patent Number: 5,251,294**

[45] **Date of Patent: Oct. 5, 1993**

[54] **ACCESSING, ASSEMBLING, AND USING BODIES OF INFORMATION**

[76] Inventor: **Daniel H. Abelow**, 71 W. Pine St., Newton, Mass. 02166

[21] Appl. No.: **476,931**

[22] Filed: **Feb. 7, 1990**

[51] **Int. Cl.**[5] .............................................. **G06F 15/62**

[52] **U.S. Cl.** .................................... **395/155**; 395/148

[58] **Field of Search** ............... 364/518, 519, 521, 523; 395/144–148, 155–161

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,656,603 4/1987 Dunn .................................. 364/900
4,813,013 3/1989 Dunn .................................. 364/900
4,823,303 4/1989 Terasawa ............................ 364/521
4,885,704 12/1989 Takagi et al. .................. 364/518 X

OTHER PUBLICATIONS

"OnLine Information", *PC Computing*, Nov. 1988, pp. 208–210.
"Dialog and the Online Industry", from Dialog Information Services, Inc., Overview '87/'88, 1988, pp. 4–5.
"Dialog on Disc", from Dialog Information Services, Inc., Overview '87/'88, 1988, pp. 12–13.
Ulrich's International Periodicals Directory 1987–1988 (1988), New York: R. R. Bowker Company, pp. 1779–1816.
Janal, Dan., "Articles at Your Fingertips", *Online Today*, Jan. 1988, pp. 10–11.
Conroy, Cathryn, "News You Can Choose", *Online Today*, Jan., 1989, pp. 16–21.
Conroy; Cathryn, "Online Lifeline", *Online Today*, May 1986, pp. 14–18.
Johnston, Stuart J., "Moore Vendors Offering Bulletin Board Support", *Info World*, Apr. 11, 1988, vol. 10, #24, p. 33.
Dickinson, John, "Lexical Electronic Filing", *PC Magazine*, vol. 4, #17, Aug. 20, 1985, pp. 137–144.
Witten, Ian H. and Bramwell, Robert, "A System for Interactive Viewing of Structured Documents", Communications of the ACM, Mar. 1985, vol. 28, #3, pp. 280–288.
Hiltz, Starr Roxanne and Turoff, Murray, "Structuring Computer Mediated Communication Systems to Avoid Information Overload", Communications of the ACM, Jul. 1985, vol. 28, #7, pp. 680–689.
Blair, David C. and Maron, M. E., "An Evaluation of Retrieval Effectiveness for a Full-Text Document Retrieval System", Communications of the ACM, Mar. 1985, vol. 28, #3, pp. 289–299.
Dionne, Richard J., "Science Libraries at a Crossroads", American Scientist, May–Jun. 1988, vol. 76, #3, pp. 268–272.
"Marketing Tools Alert", American Demographics, Spring 1988, pp. 1–19.

(List continued on next page.)

*Primary Examiner*—Heather R. Herndon
*Attorney, Agent, or Firm*—Fish & Richardson

[57] **ABSTRACT**

An interactive information environment for accessing, controlling, and using information. Using a computer, available sources of information are accessed, and components are extracted, labeled, and formed into discrete units called contexts. A user selects and rearranges context labels and their associated contents. Contexts are selected and combined into new information structures called alternates, which are combinable with contexts into preferred situations. The preferred situations in turn are combinable with the foregoing components into meta-situations. All components have labels; labels and their associated contents are interchangeably movable and copyable at the levels of these information structures, whether they are located locally or remotely, and the information structures are combinable. While a label is invoked and manipulated, its contents or description is simultaneously displayed. Each information structure can be rearranged into one or more models which can be displayed by user selection, and models can be displayed at varying levels of detail. With built-in copyright accounting, commercial control remains with information owners, while operational use is centralized in each user.

**78 Claims, 225 Drawing Sheets**

OTHER PUBLICATIONS

Miller, Michael J., "Sophisticated Text-Retrieval Program Offers Hotlinks, Keyword Outlining", *Info World,* Feb. 29, 1988, p. 43.
Mace, Scott, "Ask Sam, Version 4.0 Incorporates Hypertext", *Info World,* Feb. 22, 1988, vol. 10, #8, p. 23.
Johnson, L. J., "Fast Text Searches", PC Resource, Dec. 1987, pp. 21-26.
Ponting, Bob, "Opus One Database Gets New Drawings Capabilities", *Info World,* Jun. 13, 1988, p. 13.
Johnston, Stuart J., "Multimedia Database Publishing Utility Ship", *Info World,* Aug. 18, 1988, #32, p. 17.
Linklider, Tracy Robnett, "Stalking the Elusive File", BCS Update, vol. 12, #5, May 1989, pp. 14-16.
Mace, Scott and Johnston, Stuart J., "Census Bureau Offers Information on CD ROM", *Info World,* Jul. 4, 1988, vol. 10, #27, p. 18.
Ponting, Bob, "HP's CD ROM Interface Offers Search, Organization Features", *Info World,* Aug. 8, 1988, vol. 10, #32, p. 23.
Helgerson, Linda W. and Meyer, Fred P., "CD-ROM Publishing Strategies", PC Tech Journal, Oct. 1988, vol. 6, #10, pp. 53-63.
"Language Learning", Philips International, Inc., Compact Disc-Interactive, New York: McGraw Hill Company, 1988, pp. 70-73.
"CD-I Technology", Philips International, Inc., Compact Disc-Interactive, New York: McGraw Hill Company, 1988, pp. 78-83, 86-107.
"Design Process", Philips International, Inc., Disc-Interactive, New York: McGraw Hill Company, 1988, pp. 52-69.
Patton, Carole, "Ten X Unveils Two Secure Optical Discs", *Info World,* Aug. 8, 1988, vol. 10, #32, p. 5.
Lewis, Potter H., "Like Tea or a Tango, Software for Two", New York Times, Oct. 18, 1987, III, 21:1.
Hiltz, Starr Roxanne, Online Communities, Norwood, N.J.: Ablex Publishing Corporation, 1984, pp. XV-XIV.
"Power On! New Tools for Teaching and Learning", U.S. Congress Office of Technology Assessment, 1988, pp. 232-236.
Sommer, Daniel, "Authoring System Lets Trainers Create Instructional Software", *Info World,* May 23, 1988, p. 26.
Jones, Robert Snowden, "Exhibits's PCs Inform and Entertain", *Info World,* May 2, 1988, p. 43.
Lewis, Potter H., "Like Tea or a Tango, Software for Two", New York Times, Oct. 18, 1987, III, 21:1.
Hiltz, Starr Roxanne, Online Communities, Norwood, N.J.: Albex Publishing Corporation, 1984, pp. XV-XIV.
Leonard-Barton, Sviokla, Dorothy and John J., "Putting Expert Systems to Work", Harvard Business Review, Mar.-Apr. 1988, vol. 88, #2, pp. 91-98.
Svoikia, John, "Business Implications of Knowledge—Based Systems", Data Base, Fall 1986, vol. 18, #1, pp. 5-16.
Newquist, Harvey P., "An Then There was the Wine Advisor . . . ", AI Expert, Jun. 1988, vol. 3, #6, pp. 67-69.
Glascow, Barry and Elizabeth Graham, "Rapid Prototyping Using Core Knowledge Bases", AI Expert, Apr. 1988, vol. 3, #4, pp. 26-36.
"There's A Dimension to Productivity That You've Never Been Able to Address . . . Until Now", Texas Instruments, Jun. 15, 1988.
Gantz, John, "The Apple Party Line: Hypercard is the Applications Generator of the Future", *Info World,* Oct. 5, 1987, vol. 9, #40, p. 49.
Flynn, Laurie, "Arthur Young to Challenge CD-ROM Frontier", *Info World,* Mar. 21, 1988, p. 39.
Flynn, Laurie, "Cornell Med School Uses Hypertext Net", *Info World,* Oct. 26, 1987, p. 45.
Shephard, Susan J., "AI Meet Hypertext: Knowledge and Knowledgemaker", Nov.-Dec. 1987, Reprinted Article Distributed by Knowledge Garden, Inc.
Johnston, Stuart J., "Owl Unveils Hypertext Document Manager," *Info World,* Apr. 4, 1988, p. 27.
Main, Jeremy, "At Last, Software CEO's Can Use", *Fortune,* Mar. 13, 1989, vol. 119, #6, pp. 77-83.
Miller, Michael J., "Agenda and Grandview: Two New Ways to Manage Personal Information", *Info World,* Apr. 11, 1988, vol. 10, #15, p. 51.
Patton, Carole, "$189 Wordbench Helps Users Develop and Organize Ideas", *Info World,* May 9, 1988, vol. 10, #19, p. 24.
Walkenbach, John, "Pop-Up Data Base Provides Instant Access to Information", *Info World,* Aug. 8, 1989, vol. 10, #32, p. 63.

(List continued on next page.)

OTHER PUBLICATIONS

Markoff, John, "Supercomputer Pictures Solve the Once Insolvable", New York Times, Oct. 30, 1988, I, 1:1.
"Get Solutions to Complex CICS Performance Problems as Easy as 1,2,3.", *Computerworld*, Sep. 14, 1987, pp. 50-51.
Miller, Michael J., "Software Bridge 3.0 Solves the Problem of Exchanging Word Processing Files", *Info World*, May 2, 1988, p. 66.
Lantz, Kenneth, "the Prototyping Methodology: Designing Right the First Time", *Computerworld*, Apr. 17, 1986, vol. 20, #14, pp. 69-72.
"Precision visual's Enter/Act IUMS", Precision visuals, Inc., 1987 (first introduced).
"Cambridge Trust Company Offer Convenient Automated Teller Service . . . Easy to Use . . . And Available Whenever You Need It", Cambridge Trust Company, Mar. 1988.
Stone, Paula S., "Managers Weight Costs, Benefits of Programs", *Info World*, Oct. 5, 1987, vol. 9, #40, p. 51.
"Get Your Work Done Before 1991", Quarterdeck, 1988.
Mace, Scott, "National Research Net to be Enhanced in July", *Info World*, Apr. 25, 1988, vol. 10, #17, p. 11.
Jones, Robert Snowden, "Carbon Copy Upgrade Works in Background," *Info World*, May 2, 1988, p. 35.
Satchell, Stephen, "The USDV.32 Modem: High-Speed Connections at a Comfortable Price", *Info World, Apr. 25, 1988, vol. 10, #17, p. 73.*
Applegate, Lynda M., Cash, James I., Jr., Mills, D. Quinn, "Information Technology and Tomorrow's Manager", Harvard Business Review, Nov.-Dec. 1988, vol. 88, #6, pp. 128-136.
Runyan, Linda, "Hot Technologies for 1989", Datamation, Jan. 15, 1989, vol. 35, #2, pp. 18-24.
Dreyfuss, Joel, "Catching the Computer Wave", *Fortune*, Sep. 26, 1988, vol. 118, #7, pp. 78-79.
Stone, Paula, "Research Report Outlines PC Managerial Models", *Info World*, Jul. 4, 1988, vol. 10, #27, p. 34.
Goleman, Daniel, "Why Managers Resist Machines", New York Times, Feb. 7, 1988, III, 2:1.
Porter, Michael E. and Victor E. Millar, "How Information Gives you Competitive Advantage", Harvard Business Review, Jul.-Aug., 1985, vol. 85, #4, pp. 149-178.
Marchand, Donald and Forest Horton, Jr., "Existing Information Resources Can Give You the Competitive Edge", *Computerworld*, May 26, 1986, vol. 29, #21, pp. 79-84.
Brooks, Harvey and Eugene B. Skolnikoff, "Science Technology and International Relations", Paper presented at the NATO Science Committee 20th Anniversary Commemoration Conference, Cambridge, Mass. Apr. 12, 1978.
"All the World's A Dish", *The Economist*, Aug. 27, 1988, vol. 308, #7565, pp. 7-8.
Estren, Mark J., "Escaping the Paradigm", *High Technology Business*, Jul. 1988, vol. 8, #7, p. 18.
Skolnikoff, Eugene B., "Science, Technology, and International Security: A Synthesis", Science, Technology, and the Issues of the 80's, AAAS, Boulder, Colo.: Westview Press, Sep. 1981, pp. 1-40.
Final Report of the Defense Science Board Task Force on Semiconductor Dependency, Washington, D.C., 1986, pp. 1-13.
Hendrickson, David C. "The Future of American Strategy", New York: Holmes and Meier, 1987, pp. 18-27.
Gansler, Jacques S., "Needed: AVS Defense Industrial Strategy", International Security, Fall, 1987, vol. 12, #2, pp. 45-62.
Pournelle, Jerry, "Low Productivity, Inadequate Education Threatens U.S. Computer Industry", *Info World*, Oct. 19, 1987, vol. 9, #42, p. 57.
Governing America: A Competitiveness Policy Agenda for the New Administration. A report by the Council on Competitiveness, Washington, D.C., pp. 1-43.
Zuboff, Shoshana, "New Worlds of Computer-Mediated Work", Harvard Business Review, Sep.-Oct., 1982, vol. 60, #5, pp. 142-150.
Fosnot, Catherine Twomey et al., "The Development of an Understanding of Balance and the Effect of Training Via Stop-Action Video", Journal of Applied Developmental Psychology, Jan.-Mar., 1988, vol. 9, #1, pp. 1-26.
Flavell, John H. "Cognitive Monitoring", Children's Oral Communication Skills", 1981, pp. 35-59.
Online Information, PC Computing, Nov. 1988, p. 208.
Conroy, Cathryn. "News You Can Choose", Online Today. pp. 16-19, Jan. 1989.
Conroy, Cathryn. "Online Lifeline", Online Today. pp. 14-18, May 1986.

(List continued on next page.)

OTHER PUBLICATIONS

Johnston, Stuart J. "More Vendors Offering Bulletin Board Support", Management. Apr. 11, 1988. p. 33.
Dickinson, John. "Lexical Electronic Filing", PC Magazine. Aug. 20, 1985. pp. 137-144.
Witten, I. et al. "A System for Interactive Viewing of Structured Documents" Communications of the ACM. Mar. 1985. vol. 28. No. 3. pp. 280-288.
"Structuring Computer-Mediated Communication Systems To Avoid Information Overload", Communications of the ACM. Jul. 1985. vol. 28. No. 7. pp. 680-689.
Blair, David C. and Maron M. E. "An Evaluation of Retrieval Effectiveness For a Full-Text Document Retrieval System", Communications of the ACM. Mar. 1985, pp. 289-299. vol. 28. No. 3.
Dionne, Richard, J. "Science Libraries at a Crossroads", American Scientist, vol. 76. May 1988, pp. 268-272.
American Demographics. Spring 1988, pp. 1-19.
Mace, Scott. "Ask Sam, Version 4.0 Incorporates Hypertext", PC Magazine. Feb. 22, 1988. p. 23.
Johnson, L. J. "Fast Text Searches," PC Resource. Dec. 1987. pp. 21-26.
"Stalking the Elusive File" BCS Update. May 1989..
Ponting, Bob. "HP's CD ROM Interface Offers Search, Organization Features", Info World. Aug. 8, 1988. p. 23.
Helgerson, Linda W. and Meyer, Fred P. "CD-ROM Publishing Strategies", PC Tech Journal. Oct. 1988. pp. 53-63.
Patton, "Ten X Unveils Two Secure Optical Discs, Aug. 8, 1988.
Lewis, Peter H. "Like Tea or a Tango, Software for 2". The New York Times. Oct. 18, 1987.
Hiltz, Starr, Roxanne. Online Communities. Ablex Publishing Corporation. Norwood, N.J., 1984, pp. XV-XIV.
Leonard-Barton, Dorothy, and Sviokla, John J. "Putting Expert Systems to Work". Harvard Business Review. Mar.-Apr. 1988. pp. 91-98.
Sviokla, John. "Business Implications of Knowledge--Based Systems". Data Base. Fall of 1986. pp. 5-16.
Newquist, Harvey P. III. "And Then There Was the Wine Advisor", AI Expert. Jun. 1988. pp. 67-69.
Glasgow, Barry and Graham, Elizabeth. "Rapid Prototyping Using Core Knowledge Bases", AI Expert. Apr. 1988. pp. 26-35.
Gantz, John. "The Apple Party Line: Hypercard Is the Applications Generator of the Future", Tech Street. Oct. 5, 1987, pp. 49-50.
Main, Jeremy. "At Last, Software CEOs Can Use", Fortune. Mar. 13, 1989. pp. 77-78.
Miller, Michael, "Agenda and Grandview: Two New Ways to Manage Personal Information, Apr. 11, 1988.
Patton, Carole. "$189 Wordbench Helps Users Develop and Organize Ideas", Software. May 9, 1988. p. 24.
Walkenbach, John. "Pop-Up Database Provides Instant Access to Information", Software Reviews. Aug. 8, 1988, p. 63.
Markoff, John. "Supercomputer Pictures Solve the Once Insoluble", New York. Oct. 30, 1988.
"Get Solutions to Complex CICS Performance Problems As Easy As 1,2,3.", Computerworld. Sep. 14, 1987.
Lantz, Kenneth. "The prototyping methodology: Designing right the first time", Computer World. Apr. 7, 1986. p. 69.
Stone, Paula S. "Managers Weigh Costs, Benefits of Programs", Management. Oct. 5, 1987. p. 51.
Mace, Scott. "National Research Net To Be Enhanced in July", Working. Apr. 25, 1988. p. 11.
Satchell, Stephen. "The UDS V.32 Modem: High-Speed Connections at a Comfortable Price", Hardware Spotlight. Apr. 25, 1988. p. 73.

(List continued on next page.)

OTHER PUBLICATIONS

Applegate, Lynda M. and Cash, James I. Jr. and Mills, D. Quinn. "Information Technology and Tomorrow's Manager", Harvard Business Review. Nov.-Dec. 1988. pp. 128-136.
Runyan, Linda. "Hot Technologies for 1989", Forecast. Jan. 15, 1989. pp. 18-24.
Dreyfuss, Joel. "Catching the Computer Wave", Fortune. Sep. 26, 1988., pp. 78-79.
Goleman, Daniel. "Why Managers Resist Machines", The New York Times. Feb. 7, 1988.
Marchand, Donald and Horton, Forest Jr. "Existing Information Resources Can Give You the Competitive Edge", Computerworld. May 26, 1986. pp. 79-85.
Brooks, Harvey and Skolnifoff, Eugene B. Science, Technology and International Relations. Prepared for and delivered at the NATO Science Committee 20th Anniversary Commemoration Conference. Apr. 12, 1978.
All the World's a Dish" The Economist. Sep. 2, 1988.
Estren, Mark J. "Escaping the Paradigm", High Technology Business. Jul. 1988.
Skolinkoff, Eugene B. Science, Technology, and International Security: A Synthesis. Prepared for the Five Year Outlook project of the American Association for the Advancement of Science, Sep. 1981, pp. 1-42.
Hendrickson, David C. The Future of American Strategy. Holmes & Meier. New York, 1987. pp. 18-27.
Gansler, Jacques S. "Needed: A U.S. Defense Industrial Strategy", International Security. Fall 1987. vol. 12. No. 2. pp. 45-62.
Zuboff, Shoshana. "New Worlds of Computer-Mediated Work", Harvard Business Review. Sep.-Oct. 1982. pp. 142-150.
Fosnot, Catherine Twomey, and Forman George E. and Edwards, Carolyn Pope, and Golhaber, Jeanne. "The Development of an Understanding of Balance and the Effect of Training via Stop-Action Video". 1988, pp. 1-26.

FIGURE 1



FIGURE 2

20
22
24
This Invention:
The Contextualizer
Create Context Bases
Context Collection
Context Positioning
Compile and Distribute Alternates
Create Situation Shifts by Managing Alternates
26
28



FIGURE 3

30
IMAGINATION
29
THE CURRENT SITUATION
32
ACCESS TO INFORMATION AND KNOWLEDGE
34
IMPORT, CREATE, OR USE CONTEXT BASES
BOOKS (IN DIGITAL FORM)
(ONLINE) MAGAZINES
CORPORATE INFORMATION RESOURCES
ON-LINE INFORMATION SERVICES
SCANNED TEXT AND PICTURES
VIDEO AND FILM
MARKETING & CUSTOMER INFORMATION
TECHNOLOGIES AND PROCESS INFORMATION
OTHER INFORMATION
CONTEXT COLLECTION
① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨
SELECT AND COLLECT APPROPRIATE CONTEXTS TO CONSTRUCT ONE'S GOALS AND IDEAS.
CONTEXT POSITIONING
REARRANGE, ETC. TO CREATE:
1. MODELS OF THE "PREFERRED SITUATION."
2. TIME-SEQUENCED IMPLEMENTATION PLANS TO PRODUCE THE "PREFERRED SITUATION."
COMPILE AND DISTRIBUTE ALTERNATES
DISKS
ON-LINE
TO: INDIVIDUALS
WORK GROUPS
CORPORATIONS
CREATE SITUATION SHIFTS USING ALTERNATES
EDITORIAL
PRODUCTION
MANAGEMENT
ALTERNATES INCLUDE MODELS AND TIME SEQUENCES TO CREATE A PREFERRED SITUATION
36
THE PREFERRED SITUATION



FIGURE 4

| PROBLEM COMPLEXITY | | RELATIVELY STRUCTURED | UNSTRUCTURED |
|---|---|---|---|
| | RELATIVELY COMPLEX | MODEL-ORIENTED DSS | FUZZY MODELING - AND EXPERT SUPPORT |
| | RELATIVELY SIMPLE | DATA-ORIENTED DSS | INFORMATION SUPPORT SYSTEMS |

PROBLEM STRUCTURE



FIGURE 5

44
45
43
EDUCATION
MEDICINE
46
BUSINESS
CONSTRUCTION
42
47
GOVERNMENT
MANUFACTURING
41
TRANSACTION PROCESSING
SPREADSHEET
PROJECT PLANNING
WORD PROCESSING
DATA BASE
EXPERT SYSTEMS

FIGURE 6

ECONOMIC COMPETITVENESS
IN THE
GLOBAL ECONOMY
THE COMPUTER INDUSTRY
AND THE EMERGING
COMPUTER INFRASTRUCTURE
THE SOFTWARE
INDUSTRY
50
ONE NEW TYPE
OF
SOFTWARE
THE CONTEXTUALIZER



FIGURE 7

GROSS REVENUES
OF A
SINGLE CORPORATION
THE CORPORATION'S
COMPUTER EXPENSE
THE CORPORATE
SOFTWARE
EXPENSE
60
THE EXPENSE
OF NEW
SOFTWARE
THE CONTEXTUALIZER



FIGURE 8

70
72
USE THE COMPUTER TO CREATE THE IMAGES OF THE WORLD THAT WE IMAGINE:
82
74
76
78
80
SELECT CONTEXTS IN CONTEXT COLLECTION.
JOB SKILLS CONTEXT BASES
RELATIONSHIPS CONTEXT BASES
COMPANY CONTEXT BASES
EXPERTISE CONTEXT BASES
OTHER CONTEXT BASES: PRODUCTS, MARKETS, PROCESSES, TECHNOLOGIES, COMPETITORS, ETC.
RE-ORDER CONTEXTS USING CONTEXT POSITIONING: CREATE MODELS AND TIME-SEQUENCES.
84
ALTERNATE 1
ALTERNATE 2
ALTERNATE 3
ALTERNATE 4
ALTERNATE N
86
(TIME SEQUENCE A "SITUATION SHIFT")
COMPILE AND DISTRIBUTE ALTERNATES TO COMPUTER USERS.
88
IMPLEMENTATION: USE THE COMPUTING INFRASTRUCTURE TO DISTRIBUTE AND RUN ALTERNATES LOCALLY.

FIGURE 9

90
92
HARDWARE
DEVELOPMENT
SOFTWARE
DEVELOPMENT
DEVELOPMENT
TIME



# FIGURE 10

TODAY
104
IMAGINATION
102
CORPORATE INFORMATION SYSTEMS
106
ACTIVITIES IN JOBS AND AT WORK
108
COMPUTERIZED KNOWLEDGE NEEDED FOR RAPID INNOVATION AND RAPID COMMERCIALIZATION OF INNOVATION
109
THE FUTURE
IMAGINATION
CORPORATE INFORMATION SYSTEMS
ACTIVITIES IN JOBS AND AT WORK
COMPUTERIZED KNOWLEDGE NEEDED FOR RAPID INNOVATION AND RAPID COMMERCIALIZATION OF INNOVATION

FIGURE 11A

120
122
126
128
CONTEXT WINDOW
MAIN MENU
GUIDE WINDOW
124
130
THE CONTEXTUALIZER:
Create Alternates:
Run Alternates:
Manage Alternates:
Create Context Bases:
UTILITIES:
Speed Keys.
Contextualizer Alternate.
Help.
Demo.
Install.
Quit.
CREATE ALTERNATES
Create an Alternate for a person, job, department, or an organization.
SELECT:
Select the Alternates to work on, and select the Information Sources that will provide its contexts.
CREATE AN ALTERNATE:
Compile an Alternate for distribution.
REPORTS:
The cost and process of creating Alternates.
1 of 2
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
<PgUp/PgDn>Screen
<F10> Alternate
134




FIGURE 11B

MAIN MENU
CONTEXT WINDOW
THE CONTEXTUALIZER:
Create Alternates:
Run Alternates:
Manage Alternates:
Create Context Bases:
UTILITIES:
Speed Keys.
Contextualizer Alternate.
Help.
Demo.
Install.
Quit.
<ENTER> Start <F2> Next Window
<F1> Help <PgUp/PgDn>Screen
<F9> Speed Keys <F10> Alternate
GUIDE WINDOW
CREATE ALTERNATES
TRACE DEVELOPMENT:
Review steps taken in developing the Alternate.
CONTEXT SYSTEM:
The on-line Context System.
HELP:
On-line help.
QUIT:
Quit the software.
2 of 2
132

FIGURE 12A

MAIN MENU
CONTEXT WINDOW
THE CONTEXTUALIZER:
Create Alternates:
Run Alternates:
Manage Alternates:
Create Context Bases:
UTILITIES:
Speed Keys.
Contextualizer Alternate.
Help.
Demo.
Install.
Quit.
GUIDE WINDOW
RUN ALTERNATES
Run an Alternate to improve skills and performance, or Context Shift a situation.
SELECT:
Select the Alternate to run.
Locked: May NOT be changed.
Custom: Unlocked--may be changed.
REARRANGE:
When running an "unlocked" Alternate, this is how it is changed or "repurposed."
TRACE USE:
Review steps taken in using the Alternate.
1 of 2
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
<PgUp/PgDn>Screen
<F10> Alternate
140
142
144

FIGURE 12B

MAIN MENU

CONTEXT WINDOW

THE CONTEXTUALIZER:
Create Alternates:
▸ Run Alternates:
Manage Alternates:
Create Context Bases:

UTILITIES:
Speed Keys.
Contextualizer Alternate.
Help.
Demo.
Install.
Quit.

<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
<PgUp/PgDn>Screen
<F10> Alternate

GUIDE WINDOW

RUN ALTERNATES

REPORTS:
Tracking the use of Alternates.

CONTEXT SYSTEM:
The on-line Context System.

HELP:
On-line help.

INSTALL:
Install the Alternate software on the computer system.

QUIT:
Quit the software.

2 of 2

146

MAIN MENU
CONTEXT WINDOW
THE CONTEXTUALIZER:
Create Alternates:
Run Alternates:
Manage Alternates:
Create Context Bases:
UTILITIES:
Speed Keys.
Contextualizer Alternate.
Help.
Demo.
Install.
Quit.
GUIDE WINDOW
MANAGE ALTERNATES
Manage Alternates to reach specific goals of direct the evolution of a Situation Shift.
CATALOG:
This tracks the development of groups of Alternates.
SEQUENCE:
This schedules the time-phased implementation of Alternates in a Situation Shift.
REPORTS:
Tracking the overall development, use, cost, and progress of Alternates and Situation Shifts.
1 of 2
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
<PgUp/PgDn>Screen
<F10> Alternate
150
152

FIGURE 13A

MAIN MENU
CONTEXT WINDOW
THE CONTEXTUALIZER:
Create Alternates:
Run Alternates:
Manage Alternates:
Create Context Bases:
UTILITIES:
Speed Keys.
Contextualizer Alternate.
Help.
Demo.
Install.
Quit.
GUIDE WINDOW
MANAGE ALTERNATES
CONTEXT SYSTEM:
The on-line Context System.
HELP:
On-line help.
QUIT:
Quit the software.
2 of 2
154
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
<PgUp/PgDn>Screen
<F10> Alternate

FIGURE 13B

FIGURE 14A

MAIN MENU
CONTEXT WINDOW
THE CONTEXTUALIZER:
Create Alternates:
Run Alternates:
Manage Alternates:
Create Context Bases:
UTILITIES:
Speed Keys.
Contextualizer Alternate.
Help.
Demo.
Install.
Quit.
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
<PgUp/PgDn>Screen
<F10> Alternate
GUIDE WINDOW
CREATE CONTEXT BASES
Develop Context Bases that are used to create Alternates.
IMPORT/EXPORT:
Move information sources into or out of the Contextualizer.
TEMPLATE/EDIT:
Template and create Context Bases.
REPORTS:
Track development, cost, and inventory of Information Sources.
CONTEXT SYSTEM:
The on-line Context System.
1 of 2
160
162

MAIN MENU
CONTEXT WINDOW
THE CONTEXTUALIZER:
Create Alternates:
Run Alternates:
Manage Alternates:
Create Context Bases:
UTILITIES:
Speed Keys.
Contextualizer Alternate.
Help.
Demo.
Install.
Quit.
GUIDE WINDOW
CREATE CONTEXT BASES
HELP:
On-line help.
QUIT:
Quit the software.
2 of 2
164
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
<PgUp/PgDn>Screen
<F10> Alternate

FIGURE 14B




FIGURE 15A

MAIN MENU
CONTEXT WINDOW
THE CONTEXTUALIZER:
Create Alternates:
Run Alternates:
Manage Alternates:
Create Context Bases:
UTILITIES:
Speed Keys.
Contextualizer Alternate.
Help.
Demo.
Install.
Quit.
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
<PgUp/PgDn>Screen
<F10> Alternate
GUIDE WINDOW
CONTEXTUALIZER ALTERNATE
An Alternate is a new type of on-line assistance for software.
Unlike on-line "Help," it does not explain how to use the software.
Its focus is the context in which the software is likely to be used.
For example, this prototype's Context System offers assistance in four areas:
Productivity
Skills
Tactics
"Why?"
1 of 1
176
170
172

FIGURE 15B

PRODUCTIVITY

174

PRODUCTIVITY was selected as a context because a critical national goal is how to accomplish more, in less time, and at a lower cost.

THE OPPORTUNITY TO BE MORE PRODUCTIVE comes directly from:

- Defining contexts from the top down and from the bottom up.
- Providing software tools that are interactive and deliver the contexts each person needs when he or she needs it.
- Managing the contexts so they are focused on high impact areas like key individuals, work groups, departments, or projects.

THE ABILITY to define and manage contexts is an opportunity to guide situations and focus them on higher performance and rapid results.

FIGURE 16

CREATE ALTERNATES
CONTEXT WINDOW
CREATE ALTERNATES:
Select:
Context Collection/Positioning.
Time-Sequencing:
Reports:
Trace Development:
Compile for Distribution:
UTILITIES:
Speed Keys.
Contextualizer Alternate.
Help.
Quit.
GUIDE WINDOW
SELECT
Select the Alternates to work on, and select the Information Sources that will provde its contexts.
NEW ALTERNATE:
Start a new Alternate and enter it into the Catalog of Alternates.
EXISTING ALTERNATE:
Work on an Alternate that was started before. View Catalog if desired.
CHOOSE INFORMATION SOURCES:
Select sources of contexts to include in the Alternate.
1 of 2
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
/ Split Window
<F10> Alternate
180
182
184
186
187
188

CREATE ALTERNATES
CONTEXT WINDOW
CREATE ALTERNATES:
Select:
New Alternate.
Existing Alternate.
Choose Context Bases.
Save Alternate.
Abandon Current Work.
Clear Screen (for new Alternate).
Print.
Context Collection/Positioning.
Time-Sequencing.
<ENTER> Start <F2> Next Window
<F1> Help / Split Window
<F9> Speed Keys <F10> Alternate
GUIDE WINDOW
SELECT
Select the Alternates to work on, and select the Information Sources that will provde its contexts.
NEW ALTERNATE:
Start a new Alternate and enter it into the Catalog of Alternates.
EXISTING ALTERNATE:
Work on an Alternate that was started before. View Catalog if desired.
CHOOSE CONTEXT BASES:
Select sources of contexts to include in the Alternate.
1 of 2
190
196

FIGURE 17A

CREATE ALTERNATES
CONTEXT WINDOW
Reports:
Report System.
Copyright Reports.
Development Logs.
Trace Development:
Run in Trace Mode.
Recent Commands.
All Commands.
Flow Chart.
Parallel Processes.
Compile for Distribution.
Locked Alternates.
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
/ Split Window
<F10> Alternate
GUIDE WINDOW
REPORTS
Analyze the creation of Alternates.
REPORT SYSTEM:
Use the same flexible report generator to run a variety of reports or design new ones.
COPYRIGHT REPORTS:
Track Copyright cost and acquire the right to distribute information sources.
DEVELOPMENT LOGS:
See productivity statistics on creating Alternates.
1 of 1
192

FIGURE 17B

FIGURE 17C

CREATE ALTERNATES
CONTEXT WINDOW
▸ Custom Alternates.
UTILITIES:
Speed Keys.
Contextualizer Alternate.
Model View.
Time-Sequence.
Help.
Quit.
GUIDE WINDOW
COMPILE FOR DISTRIBUTION
LOCKED ALTERNATES:
These cannot be modified; they must be run exactly as distributed.
CUSTOM ALTERNATES:
These are "unlocked" and users may re-order them to meet local or personal needs. The Guides (or information base) of the Alternate is locked and cannot be expanded or contracted.
2 of 2
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
/ Split Window
<F10> Alternate
194



FIGURE 18A

CATALOG: NEW ALTERNATE
CREATE ALTERNATES
START A NEW ALTERNATE
DEVELOPER(S):
Date: [ ]
Developer's Name: [ ] (optional)
Developer's Dept: [ ] (optional)
Est. Budget: [ ] (optional)
ALTERNATE & USER(S):
Alternate's Name: [ ]
Est. Start Date: [ ] (optional)
End-User Name(s): [ ] (optional)
Department: [ ] (optional)
Project Descrip: [ ] Y/N (optional)
200
202



CATALOG: NEW ALTERNATE
CREATE ALTERNATES
START A NEW ALTERNATE
DEVELOPER(S):
Date: [ 1/12/89]
Developer's Name: [Elizabeth Jones ] (optional)
Developer's Dept: [Editorial ] (optional)
Est. Budget: [ ] (optional)
ALTERNATE & USER(S):
Alternate's Name: [New Editorial Assistant ]
Est. Start Date: [ 1/12/89] (optional)
End-User Name(s): [Julie Smith ] (optional)
Department: [Editorial ] (optional)
Project Descrip: [Y] Y/N (optional)
204
208
206

FIGURE 18B

FIGURE 19A

207
210
CATALOG: NEW ALTERNATE
CREATE ALTERNATES
START A NEW ALTERNATE
NOTES/CONCEPTS
DEVELOPER(S):
Date: [ 1/12/89]
Developer's Name: [Elizabeth Jones
Developer's Dept: [Editorial
Est. Budget: [ ] (op
ALTERNATE & USER(S):
Alternate's Name: [New Editorial Assi
Est. Start Date: [ 1/12/89] (optiona
End-User Name(s): [Sarah Smith
Department: [Editorial
Project Descrip: [Y] Y/N (optional)



FIGURE 19B

CATALOG: NEW ALTERNATE
CREATE ALTERNATES
START A NEW ALTERNATE
DEVELOPER(S):
Date: [ 1/12/89]
Developer's Name: [Elizabeth Jones
Developer's Dept: [Editorial
Est. Budget: [ ] (op
ALTERNATE & USER(S):
Alternate's Name: [New Editorial Assi
Est. Start Date: [ 1/12/89] (optiona
End-User Name(s): [Sarah Smith
Department: [Editorial
Project Descrip: [Y] Y/N (optional)
NOTES/CONCEPTS
The experience level for this new employee's Alternate:
Minor writing experience
Copyediting experience
Worked at a magazine publisher
Understands production
Ready for writing assignments
Highly motivated--seems like a good learner!
211
212
214



CHOOSE CONTEXT BASES
CONTEXT BASE 1:
ENTER DRIVE:\PATH*.EXT [ ]
DESCRIPTION [ ]
CONTEXT BASE 2:
ENTER DRIVE:\PATH*.EXT [ ]
DESCRIPTION [ ]
CONTEXT BASE 3:
ENTER DRIVE:\PATH*.EXT [ ]
DESCRIPTION [ ]
CONTEXT BASE 4:
ENTER DRIVE:\PATH*.EXT [ ]
DESCRIPTION [ ]
<1,2,3,4> for Source <Esc> Main Menu
220
223
225
227
229

FIGURE 20A

FIGURE 20B

```
                    CHOOSE CONTEXT BASES

CONTEXT BASE 1:
        ENTER DRIVE:\PATH\*.EXT   [CD-ROM:\EDIT-DPT.IS                  ]   222
                  DESCRIPTION     [EDITORIAL DEPARTMENT CONTEXT BASE    ]   224

CONTEXT BASE 2:
        ENTER DRIVE:\PATH\*.EXT   [C:\INTERNAL\CONTEXTS\ED-DEPT.IS      ]
                  DESCRIPTION     [OUR COMPANY'S INTERNAL CONTEXTS      ]   226

CONTEXT BASE 3:
        ENTER DRIVE:\PATH\*.EXT   [C:\CBT\CONTEXTS\CBT.IS               ]
                  DESCRIPTION     [EXPERTISE FROM CBT FIELD             ]   228

CONTEXT BASE 4:
        ENTER DRIVE:\PATH\*.EXT   [                                     ]
                  DESCRIPTION     [                                     ]

       <1,2,3,4> for Source     <Esc> Main Menu
```

## FIGURE 21

| CONTEXT | SOURCE | PAGE |
|---|---|---|
| EDITING THE WHOLE PUBLICATION | | |
| DESIGN | | |
| EXPLOITING THE THIRD DIMENSION | WHITE2 | 20 |
| INDEXING | | |
| BUDGET CONSCIOUS INDEXING | BOSTON | 217 |
| PROBLEMS? | | |
| MANAGEMENT LESSONS AND WARNINGS | BOSTON | 167 |
| PUBLICATION MANAGEMENT LESSONS | BOSTON | 164 |
| PUBLICATION MANAGEMENT WARNINGS | BOSTON | 167 |
| PROOFREADING | | |
| DO COMPLETE FINAL READINGS | PLOTNIK | 8 |
| PROPOSALS | | |
| PRODUCING PROPOSALS | BOSTON | 142 |
| WRITING PROPOSALS | BOSTON | 139, 144 |
| SCHEDULING | | |
| HOW TO PLAN AND MANAGE A SCHEDULE | BOSTON | 204 |
| ON BEING ON TIME | MOGEL | 36 |
| START THE NEXT ISSUE IMMEDIATELY | PLOTNIK | 9 |
| TOP-DOWN PLANNING IN PUBLISHING | BOSTON | 170 |
| SPACE PLANNING | | |
| ASSEMBLING THE ISSUE IN MINIATURE | WHITE2 | 18 |
| FORMS FOR PLANNING AN ISSUE | WHITE 2 | 15 |
| MAGAZINES IN THREE DIMENSIONS | WHITE 2 | 12 |
| HIRING NEW EMPLOYEES | | |
| JOB DESCRIPTIONS | | |
| COPY EDITOR | MOGEL | 33 |
| EDITOR | MOGEL | 24, 32 |
| EDITORIAL MANAGEMENT | MOGEL | 32 |
| HOW TO HIRE A PROOFREADER | BOSTON | 180 |
| MANAGING EDITOR | MOGEL | 32 |
| SENIOR EDITOR | MOGEL | 33 |
| RESUMES | | |
| HOW EDITORS READ RESUMES | BOSTON | 183 |
| TESTS | | |
| EDITING TESTS FOR JOB APPLICANTS | BOSTON | 178 |
| INFORMATION RETRIEVAL | | |
| EXTERNAL SOURCES | | |
| INFORMATION BROKERS | PLOTNIK | 81 |
| MODERN LIBRARIES | PLOTNIK | 78 |
| INTERNAL SOURCES | | |
| THE OFFICE BOOKSHELF | PLOTNIK | 82 |
| INVASION OF PRIVACY | | |
| CONSENT | | |
| CONSENT FOR PHOTOGRAPHS | DILL | 179, 237 |
| CONSENT TO INTERVIEWS AND PHOTOS | DILL | 216 |

FIGURE 22A

CONTEXT WINDOW
CREATE ALTERNATES:
Select:
New Alternate.
Existing Alternate.
Choose Context Bases.
Save Alternate.
Abandon Current Work.
Clear Screen (for new Alternate).
Print.
Context Collection/Positioning.
Time-Sequencing.
<ENTER> Start <F2> Next Window
<F1> Help / Split Window
<F9> Speed Keys <F10> Alternate
CREATE ALTERNATES
GUIDE WINDOW
CONTEXT COLLECTION
AND
CONTEXT POSITIONING
Collect Contexts and use them to construct a model.
CONTEXT COLLECTION:
This three-window system provides rapid access to Contexts and the ability to collect them rapidly.
The left window has the Available Contexts.
The right window is the Guide, the text/graphics of each Context.
The bottom left window holds the Collected Contexts.
1 of 2
240
242






SELECT THE NEXT STEP:
1: Context Collection
2: Context Positioning
Press <1>, <2>, or <Esc> to return to menu.
244
246

FIGURE 22B

FIGURE 23A

CONTEXT COLLECTION
CREATE ALTERNATES
GUIDE WINDOW
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
Contents:
Covers:
Departments:
Editorials:
Flash Forms:
Letters to the Editor:
New Products:
Openers:
EDITORIAL:
Copyediting:
Editing Articles:
Illustrations, Charts and Graphs:
Production and Design:
Proofreading:
Special Types of Editing:
Working with Authors:
COLLECT CONTEXTS
FIRST LOCATE CONTEXTS:
+ or - keys expand/contract list.
<Shift+/Shift-> for most or least detail in list.
TO EXAMINE CONTEXTS:
<F2> to switch windows.
/ to "divide" a Guide window.
<Shift PgUp/Shift PgDn> to zoom windows.
TO COLLECT CONTEXTS:
<Ins> Collect the Context.
<Del> Remove the Context.
250
252
254
256

FIGURE 23B

CREATE ALTERNATES

CONTEXT COLLECTION

1: EDITORIAL DEPARTMENT CONTEXT BASE

▸ Writing:

MANAGEMENT:
 Copyright:
 Editing the Whole Publication:
 Hiring New Employees:
 Information Retrieval:
 Invasion of Privacy:
 Libel:
 Miscellaneous:

PERSONAL:
 Your Personal Alternate:

258

GUIDE WINDOW

COLLECT CONTEXTS

FIRST LOCATE CONTEXTS:

+ or - keys expand/contract list.
<Shift+/Shift-> for most or least detail in list.

TO EXAMINE CONTEXTS:

<F2> to switch windows.
/ to "divide" a Guide window.
<Shift PgUp/Shift PgDn> to zoom windows.

TO COLLECT CONTEXTS:

<Ins> Collect the Context.
<Del> Remove the Context.

FIGURE 24A

CREATE ALTERNATES
CONTEXT COLLECTION
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
Contents:
Covers:
→Departments:
Editorials:
Flash Forms:
→Letters to the Editor:
→New Products:
Openers:
EDITORIAL:
→Copyediting:
Editing Articles:
Illustrations, Charts and Graphs:
→Production and Design:
→Proofreading:
Special Types of Editing:
Working with Authors:
GUIDE WINDOW
COLLECT CONTEXTS
FIRST LOCATE CONTEXTS:
+ or - keys expand/contract list.
<Shift+/Shift-> for most or least detail in list.
TO EXAMINE CONTEXTS:
<F2> to switch windows.
/ to "divide" a Guide window.
<Shift PgUp/Shift PgDn> to zoom windows.
TO COLLECT CONTEXTS:
<Ins> Collect the Context.
<Del> Remove the Context.
260
260



# FIGURE 24B

CREATE ALTERNATES

CONTEXT COLLECTION

```
1: EDITORIAL DEPARTMENT CONTEXT BASE

→Writing:

 MANAGEMENT:
  Copyright:
  Editing the Whole Publication:
  Hiring New Employees:
  Information Retrieval:
  Invasion of Privacy:
  Libel:
  Miscellaneous:

 PERSONAL:
  Your Personal Alternate:
```

260

GUIDE WINDOW

```
            COLLECT CONTEXTS

FIRST LOCATE CONTEXTS:

 + or - keys expand/contract list.
 <Shift+/Shift-> for most or
  least detail in list.

TO EXAMINE CONTEXTS:

 <F2> to switch windows.
 / to "divide" a Guide window.
 <Shift PgUp/Shift PgDn> to zoom
  windows.

 TO COLLECT CONTEXTS:

 <Ins> Collect the Context.
 <Del> Remove the Context.
```

FIGURE 25A

CONTEXT COLLECTION
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
Departments:
Design:
Design Relationships to the Mag.
Graphic Consistency & Diversity.
Handling Outside Columnists.
Inventing a Fresh Format.
Repeating Patterns Rhythmically.
Underplaying the Presentation.
Editing:
The Editor's View.
CREATE ALTERNATES
GUIDE WINDOW
DESIGN RELATIONSHIPS TO THE MAGAZINE
The editorial product is a totality. In conjunction with the ads, it is packaged as one three-dimensional article. This is how the reader receives it, and this is how he thinks of it: one object.
Although this chapter concentrates on departments, it is
(White1, 81)
COLLECTED CONTEXTS
270
272
274
276
278
280
282




FIGURE 25B

CREATE ALTERNATES
ZOOMED WINDOW
286
284
1: EDITORIAL DEPARTMENT CONTEXT BASE
DESIGN RELATIONSHIPS TO THE MAGAZINE
The editorial product is a totality. In conjunction with the ads, it is packaged as one three-dimensional article. This is how the reader receives it, and this is how he thinks of it: one object.
Although this chapter concentrates on departments, it is necessary to remember that the departments are merely a part of that object. It is important, therefore, to remember that the graphic image the departments transmit must be produced in the context of that unified product. Thus, it is highly advisable that the typography be the same in the departments as in the features, certainly as far as text face is concerned. It is perhaps even more important, though, that the headline type be of the same family, since display typography is attention seeking, visible, and thus, very important. If the body copy has a consistent quality of texture and color, and the display type retains
(White1, 81)

FIGURE 26A

CONTEXT COLLECTION
CREATE ALTERNATES
GUIDE WINDOW
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
Departments:
Design:
Design Relationships to the Mag.
Graphic Consistency & Diversity.
Handling Outside Columnists.
Inventing a Fresh Format.
Repeating Patterns Rhythmically.
Underplaying the Presentation.
Editing:
The Editor's View.
DESIGN RELATIONSHIPS TO THE MAGAZINE
The editorial product is a totality. In conjunction with the ads, it is packaged as one three-dimensional article. This is how the reader receives it, and this is how he thinks of it: one object.
Although this chapter concentrates on departments, it is
(White1, 81)
COLLECTED CONTEXTS
290
292
294
298




FIGURE 26B

CREATE ALTERNATES

CONTEXT COLLECTION

1: EDITORIAL DEPARTMENT CONTEXT BASE

DEPARTMENTS:
Departments:
Design:
▸ Design Relationships to the Mag.
Graphic Consistency & Diversity.
Handling Outside Columnists.
Inventing a Fresh Format.
Repeating Patterns Rhythmically.
Underplaying the Presentation.

Editing:
The Editor's View.

GUIDE WINDOW

DESIGN RELATIONSHIPS TO THE MAGAZINE

The editorial product is a totality. In conjunction with the ads, it is packaged as one three-dimensional article. This is how the reader receives it, and this is how he thinks of it: one object.

Although this chapter concentrates on departments, it is

(Whitel, 81)

COLLECTED CONTEXTS

Departments:
Design:
Design Relationships to the Mag.

296

FIGURE 27A

CONTEXT COLLECTION
CREATE ALTERNATES
GUIDE WINDOW
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
Departments:
Design:
Design Relationships to the Mag.
Graphic Consistency & Diversity.
Handling Outside Columnists.
Inventing a Fresh Format.
Repeating Patterns Rhythmically.
Underplaying the Presentation.
Editing:
The Editor's View.
THE EDITOR'S VIEW
This [departments] is a generic term, referring to all the pages normally run in a publication that are not "feature stories," the cover, or advertising pages. Thus, strictly speaking, all the other chapters in this book discuss "departments." However, since it is logical to break various departments out of the total
(White1, 77)
COLLECTED CONTEXTS
Departments:
Design:
Design Relationships to the Mag.
300
302
304

 FIGURE 27B

CONTEXT COLLECTION
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
Departments:
Design:
Design Relationships to the Mag.
Graphic Consistency & Diversity.
Handling Outside Columnists.
Inventing a Fresh Format.
Repeating Patterns Rhythmically.
Underplaying the Presentation.
Editing:
The Editor's View.
CREATE ALTERNATES
GUIDE WINDOW
THE EDITOR'S VIEW
This [departments] is a generic term, referring to all the pages normally run in a publication that are not "feature stories," the cover, or advertising pages. Thus, strictly speaking, all the other chapters in this book discuss "departments." However, since it is logical to break various departments out of the total
(White1, 77)
COLLECTED CONTEXTS
Departments:
Editing:
The Editor's View.
306
310
310
308

CONTEXT COLLECTION
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
Contents:
Covers:
→Departments:
Editorials:
Flash Forms:
→Letters to the Editor:
→New Products:
Openers:
EDITORIAL:
→Copyediting:
Editing Articles:
Illustrations, Charts and Graphs:
→Production and Design:
→Proofreading:
Special Types of Editing:
Working with Authors:
CREATE ALTERNATES GUIDE WINDOW
COLLECT CONTEXTS
FIRST LOCATE CONTEXTS:
+ or - keys expand/contract list.
<Shift+/Shift-> for most or least detail in list.
TO EXAMINE CONTEXTS:
<F2> to switch windows.
/ to "divide" a Guide window.
<Shift PgUp/Shift PgDn> to zoom windows.
TO COLLECT CONTEXTS:
<Ins> Collect the Context.
<Del> Remove the Context.
320
322
324
330

FIGURE 28A

FIGURE 28B

CONTEXT COLLECTION
CREATE ALTERNATES
GUIDE WINDOW
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
Letters to the Editor:
Readability:
Readability of Letters.
READABILITY OF LETTERS
THREE POINTS OF VIEW:
Are Readability Formulas Useful?
I was pleased to note that someone else besides me believes that readability formulas are essentially useless, or at least misleading.
We recently evaluated a (Boston, 56-59)
COLLECTED CONTEXTS
Departments:
Editing:
The Editor's View.
328
326




FIGURE 29A

CONTEXT COLLECTION
CREATE ALTERNATES
GUIDE WINDOW
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
New Products:
Audience:
A Vital Reader Interest.
Literature:
Literature and Book Reviews.
Writing Style:
New Products as "Catalog".
New Products as "News".
New Products as "Show Windows".
New Products as "Story".
A VITAL READER INTEREST
Why have new products reports at all? Simply because the vast majority of specialized publication readers are vitally interested in them; readership surveys invariably show the product pages near the top of the "interested-in" and "did-something-about" listings.
The widespread use of "bingo (White1, 148-150)
COLLECTED CONTEXTS
Departments:
Editing:
The Editor's View.
352
340



FIGURE 29B

CONTEXT COLLECTION
CREATE ALTERNATES
GUIDE WINDOW
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
New Products:
Audience:
A Vital Reader Interest.
Literature:
Literature and Book Reviews.
Writing Style:
New Products as "Catalog".
New Products as "News".
New Products as "Show Windows".
New Products as "Story".
LITERATURE AND BOOK REVIEWS
A VARIANT OF NEW PRODUCT PRESENTATION:
Unillustrated text items of varying length but following some basic pattern are, in essence, another form of catalog presentation. The usual column width is based on three-columns per page, simply because this is the sort of
(White1, 170-171)
COLLECTED CONTEXTS
Departments:
Editing:
The Editor's View.
354
342






FIGURE 29C

CREATE ALTERNATES
CONTEXT COLLECTION
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
New Products:
Audience:
A Vital Reader Interest.
Literature:
Literature and Book Reviews.
Writing Style:
New Products as "Catalog".
New Products as "News".
New Products as "Show Windows".
New Products as "Story".
GUIDE WINDOW
NEW PRODUCTS AS "CATALOG"
Some publications devote major
space to new products in every
issue. Others do so only on
occasion (such as once a year in a
special issue). But whatever the
frequency, certain catalog
techniques are followed which
should be pointed out. First of
all, however, it is necessary to
mention that the catalog business
(White1, 152-153)
COLLECTED CONTEXTS
Departments:
Editing:
The Editor's View.
356
344

FIGURE 30A

CONTEXT COLLECTION
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
New Products:
Audience:
A Vital Reader Interest.
Literature:
Literature and Book Reviews.
Writing Style:
New Products as "Catalog".
New Products as "News".
New Products as "Show Windows".
New Products as "Story".
CREATE ALTERNATES
GUIDE WINDOW
NEW PRODUCTS AS "NEWS"
A slightly different angle from the product-as-a-story is used here, resulting in a slightly different presentation; the product-as-a-story can (and should) be laid out as a regular feature. The product-as-news is laid out according to the news section format, so that it appears as a normal news story that happens to be about a
(White1, 151)
COLLECTED CONTEXTS
Departments:
Editing:
The Editor's View.
358
346





FIGURE 30B

CREATE ALTERNATES
CONTEXT COLLECTION
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
New Products:
Audience:
A Vital Reader Interest.
Literature:
Literature and Book Reviews.
Writing Style:
New Products as "Catalog".
New Products as "News".
New Products as "Show Windows".
New Products as "Story".
348
GUIDE WINDOW
NEW PRODUCTS AS "SHOW WINDOWS"
360
This is a group of related items presented as a major report -- the emphasis is on the group rather than on any individual item. Thus the umbrella headline (normally a simple label is most effective) is the focal point of the presentation, and the design problem is tying together the disparate elements into arrangements that
(White1, 151-152)
COLLECTED CONTEXTS
Departments:
Editing:
The Editor's View.



FIGURE 30C

CREATE ALTERNATES
CONTEXT COLLECTION
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
New Products:
Audience:
A Vital Reader Interest.
Literature:
Literature and Book Reviews.
Writing Style:
New Products as "Catalog".
New Products as "News".
New Products as "Show Windows".
New Products as "Story".
350
GUIDE WINDOW
NEW PRODUCTS AS "STORY"
362
This is usually a technologically interesting item, and by delving into the item's background, purpose, ability to improve current technique or practices, the editors can bring out its significance more fully than in a simple product description. Naturally, such a story-in-depth requires more space, more text, more pictures, and
(White1, 150-151)
COLLECTED CONTEXTS
Departments:
Editing:
The Editor's View.

FIGURE 31A

CREATE ALTERNATES
GUIDE WINDOW
NEW PRODUCTS AS "STORY"
This is usually a technologic-ally interesting item, and by delving into the item's background, purpose, ability to improve current technique or practices, the editors can bring out its significance more fully than in a simple product description. Naturally, such a story-in-depth requires more space, more text, more pictures, and
(White1, 150-151)
COLLECTED CONTEXTS
Departments:
Editing:
The Editor's View.
CONTEXT COLLECTION
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
New Products:
Audience:
→A Vital Reader Interest.
Literature:
→Literature and Book Reviews.
Writing Style:
→New Products as "Catalog".
→New Products as "News".
→New Products as "Show Windows".
→New Products as "Story".
370
372



FIGURE 31B

CONTEXT COLLECTION
CREATE ALTERNATES
374
1: EDITORIAL DEPARTMENT CONTEXT BASE
DEPARTMENTS:
New Products:
Audience:
A Vital Reader Interest.
Literature:
Literature and Book Reviews.
Writing Style:
New Products as "Catalog".
New Products as "News".
New Products as "Show Windows".
New Products as "Story".
GUIDE WINDOW
NEW PRODUCTS AS "STORY"
This is usually a technologic- ally interesting item, and by delving into the item's background, purpose, ability to improve current technique or practices, the editors can bring out its significance more fully than in a simple product description. Naturally, such a story-in-depth requires more space, more text, more pictures, and
(White1, 150-151)
COLLECTED CONTEXTS
New Products:
Audience:
A Vital Reader Interest.
376
378

FIGURE 32A

CONTEXT POSITIONING
CREATE ALTERNATES
GUIDE WINDOW
NEW EDITORIAL ASSISTANT
DEPARTMENTS:
Departments:
Design:
Design Relationships to the Mag.
Editing:
The Editor's View.
New Products:
Audience:
A Vital Reader Interest.
Literature:
Literature and Book Reviews.
Writing Style:
New Products as "Catalog".
New Products as "News."
DESIGN RELATIONSHIPS TO THE MAGAZINE
The editorial product is a totality. In conjunction with the ads, it is packaged as one three-dimensional article. This is how the reader receives it, and this is how he thinks of it: one object.
Although this chapter concentrates on departments, it is necessary to remember that the departments are merely a part of that object. It is important, therefore, to remember that the graphic image the departments transmit must be produced in the
(White1, 81)
380
384
382
388
386
390

FIGURE 32B

CREATE ALTERNATES
389
CONTEXT POSITIONING
NEW EDITORIAL ASSISTANT
DEPARTMENTS:
Departments:
Design:
Design Relationships to the Mag.
Editing:
The Editor's View.
New Products:
Audience:
A Vital Reader Interest.
Literature:
Literature and Book Reviews.
Writing Style:
New Products as "Catalog".
New Products as "News."
392
GUIDE WINDOW
THE EDITOR'S VIEW
This [departments] is a generic term, referring to all the pages normally run in a publication that are not "feature stories," the cover, or advertising pages. Thus, strictly speaking, all the other chapters in this book discuss "departments." However, since it is logcal to break various departments out of the total package for separate treatment, this chapter deals with general principles -- whatever isn't covered elsewhere.
Department pages are, by
(White1, 77)





CREATE ALTERNATES
393
CONTEXT POSITIONING
GUIDE WINDOW
NEW EDITORIAL ASSISTANT
DEPARTMENTS:
Departments:
Design:
Design Relationships to the Mag.
Editing:
The Editor's View.
New Products:
Audience:
A Vital Reader Interest.
Literature:
Literature and Book Reviews.
Writing Style:
New Products as "Catalog".
New Products as "News."
A VITAL READER INTEREST
Why have new products reports at all? Simply because the vast majority of specialized publication readers are vitally interested in them; readership surveys invariably show the product pages near the top of the "interested-in" and "did-something-about" listings.
The widespread use of "bingo cards" (Reader Service cards on which the reader circles the number of the item he is interested in and mails back for more information) bound into the magazines also
(White1, 148-150)
394

FIGURE 32C

400
402
CREATE ALTERNATES
CONTEXT WINDOW
CREATE ALTERNATES:
Select:
New Alternate.
Existing Alternate.
Choose Context Bases.
Save Alternate.
Abandon Current Work.
Clear Screen (for new Alternate).
Print.
Context Collection/Positioning.
Time-Sequencing.
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
/ Split Window
<F10> Alternate
GUIDE WINDOW
SELECT
Select the Alternates to work on, and select the Information Sources that will provde its contexts.
NEW ALTERNATE:
Start a new Alternate and enter it into the Catalog of Alternates.
EXISTING ALTERNATE:
Work on an Alternate that was started before. View Catalog if desired.
CHOOSE INFORMATION SOURCES:
Select sources of contexts to include in the Alternate.
1 of 2

FIGURE 33A

CHOOSE CONTEXT BASES
404
406
408
CONTEXT BASE 1:
ENTER DRIVE:\PATH*.EXT [CD-ROM:\EDIT-DPT.IS ]
DESCRIPTION [EDITORIAL DEPARTMENT CONTEXT BASE ]
CONTEXT BASE 2:
ENTER DRIVE:\PATH*.EXT [C:\INTERNAL\CONTEXTS\ED-DEPT.IS ]
DESCRIPTION [OUR COMPANY'S INTERNAL CONTEXTS ]
CONTEXT BASE 3:
ENTER DRIVE:\PATH*.EXT [C:\CBT\CONTEXTS\CBT.IS ]
DESCRIPTION [EXPERTISE FROM CBT FIELD ]
CONTEXT BASE 4:
ENTER DRIVE:\PATH*.EXT [ ]
DESCRIPTION [ ]
<1,2,3,4> for Source <Esc> Main Menu

FIGURE 33B

FIGURE 34A

CONTEXT COLLECTION
CREATE ALTERNATES GUIDE WINDOW
2: OUR COMPANY'S INTERNAL CONTEXTS
DEPARTMENTS:
New Products:
EDITORIAL:
Editing Articles:
Production and Design:
Working with Authors:
COLLECT CONTEXTS
FIRST LOCATE CONTEXTS:
+ or - keys expand/contract list.
<Shift+/Shift-> for most or least detail in list.
TO EXAMINE CONTEXTS:
<F2> to switch windows.
/ to "divide" a Guide window.
<Shift PgUp/Shift PgDn> to zoom windows.
TO COLLECT CONTEXTS:
<Ins> Collect the Context.
<Del> Remove the Context.
410
412



FIGURE 34B

CONTEXT COLLECTION
CREATE ALTERNATES
GUIDE WINDOW
2: OUR COMPANY'S INTERNAL CONTEXTS
DEPARTMENTS:
▸→New Products:
EDITORIAL:
→Editing Articles:
→Production and Design:
→Working with Authors:
COLLECT CONTEXTS
FIRST LOCATE CONTEXTS:
+ or - keys expand/contract list.
<Shift+/Shift-> for most or least detail in list.
TO EXAMINE CONTEXTS:
<F2> to switch windows.
/ to "divide" a Guide window.
<Shift PgUp/Shift PgDn> to zoom windows.
TO COLLECT CONTEXTS:
<Ins> Collect the Context.
<Del> Remove the Context.
416
418
414

FIGURE 35A

420
CREATE ALTERNATES
CONTEXT COLLECTION
2: OUR COMPANY'S INTERNAL CONTEXTS
DEPARTMENTS:
New Products:
422
New Products in IC Magazine.
EDITORIAL:
Editing Articles:
Anatomy of a Competent Article.
Creating Excitement in Articles.
The Inspired Story.
Production and Design:
Editorial/Type Specifications.
Equivalents.
How to Use the Transfer Program.
Proofreading Marks.
Working with Authors:
Fine Writing Instruments.
GUIDE WINDOW
NEW PRODUCTS: IC MAGAZINE
424
GUIDELINES AND POLICIES:
The "New Products" section is four magazine pages long. In terms of total column inches of space, that comes out to be 108 inches. Those measurements include several things: the items themselves, photos, "Further Items of Interest," and the "New Products" bio.
(Elizabeth, 3 pp.)
COLLECTED CONTEXTS
New Products:
Audience:
A Vital Reader Interest.
426



FIGURE 35B

CONTEXT COLLECTION
2: OUR COMPANY'S INTERNAL CONTEXTS
DEPARTMENTS:
New Products:
New Products in IC Magazine.
EDITORIAL:
Editing Articles:
Anatomy of a Competent Article.
Creating Excitement in Articles.
The Inspired Story.
Production and Design:
Editorial/Type Specifications.
Equivalents.
How to Use the Transfer Program.
Proofreading Marks.
Working with Authors:
Fine Writing Instruments.
CREATE ALTERNATES
GUIDE WINDOW
ANATOMY OF A COMPETENT ARTICLE
"Pains of Complaint" from Psychology Today is not a great article. It is a competent one, however, and it handles a few things very well. For me, it represents the minimum level of quality we should expect from every item in our magazines. It is not as long as our usual features, but otherwise it makes
(Floyd, 6 pp.)
COLLECTED CONTEXTS
New Products:
Audience:
A Vital Reader Interest.
428
432
430



FIGURE 35C

434
438
CREATE ALTERNATES
GUIDE WINDOW
EDITORIAL/TYPE SPECIFICATIONS
FEATURES: Components
Headline
Deck
Byline
Rubrics (if applicable and if called for by art director)
Textbreaks (1 line only)
Bio
Illustration/Photo/Graphics
(Internal, 2 pp.)
COLLECTED CONTEXTS
New Products:
Audience:
A Vital Reader Interest.
CONTEXT COLLECTION
2: OUR COMPANY'S INTERNAL CONTEXTS
DEPARTMENTS:
New Products:
New Products in IC Magazine.
EDITORIAL:
Editing Articles:
Anatomy of a Competent Article.
Creating Excitement in Articles.
The Inspired Story.
Production and Design:
Editorial/Type Specifications.
Equivalents.
How to Use the Transfer Program.
Proofreading Marks.
Working with Authors:
Fine Writing Instruments.
436



FIGURE 36A

440
442
CONTEXT COLLECTION
CREATE ALTERNATES
GUIDE WINDOW
2: OUR COMPANY'S INTERNAL CONTEXTS
DEPARTMENTS:
New Products:
→New Products in IC Magazine.
EDITORIAL:
Editing Articles:
→Anatomy of a Competent Article.
→Creating Excitement in Articles.
→The Inspired Story.
Production and Design:
→Editorial/Type Specifications.
→Equivalents.
→How to Use the Transfer Program.
→Proofreading Marks.
Working with Authors:
→Fine Writing Instruments.
NEW PRODUCTS: IC MAGAZINE
GUIDELINES AND POLICIES:
The "New Products" section is four magazine pages long. In terms of total column inches of space, that comes out to be 108 inches. Those measurements include several things: the items themselves, photos, "Further Items of Interest," and the "New Products" bio.
(Elizabeth, 3 pp.)
COLLECTED CONTEXTS
New Products:
Audience:
A Vital Reader Interest.

FIGURE 36B

444
446
CONTEXT COLLECTION
CREATE ALTERNATES
GUIDE WINDOW
2: OUR COMPANY'S INTERNAL CONTEXTS
DEPARTMENTS:
New Products:
→New Products in IC Magazine.
EDITORIAL:
Editing Articles:
→Anatomy of a Competent Article.
→Creating Excitement in Articles.
→The Inspired Story.
Production and Design:
→Editorial/Type Specifications.
→Equivalents.
→How to Use the Transfer Program.
→Proofreading Marks.
Working with Authors:
→Fine Writing Instruments.
FINE WRITING INSTRUMENTS
I know a woman who wrote the entire 500-page manuscript of her novel in longhand, using Pilot razor point pens and lined legal pads, just for the tactile joy of it. Before Mark Twain submitted the first typewritten manuscript to a publisher (just over 100 years ago), that was the way writers always wrote -- unless
(Floyd, 15 pp.)
COLLECTED CONTEXTS
New Products:
Audience:
A Vital Reader Interest.

FIGURE 36C

CONTEXT COLLECTION
2: OUR COMPANY'S INTERNAL CONTEXTS
DEPARTMENTS:
New Products:
New Products in IC Magazine.
EDITORIAL:
Editing Articles:
Anatomy of a Competent Article.
Creating Excitement in Articles.
The Inspired Story.
Production and Design:
Editorial/Type Specifications.
Equivalents.
How to Use the Transfer Program.
Proofreading Marks.
Working with Authors:
Fine Writing Instruments.
CREATE ALTERNATES
448
GUIDE WINDOW
FINE WRITING INSTRUMENTS
I know a woman who wrote the entire 500-page manuscript of her novel in longhand, using Pilot razor point pens and lined legal pads, just for the tactile joy of it. Before Mark Twain submitted the first typewritten manuscript to a publisher (just over 100 years ago), that was the way writers always wrote -- unless
(Floyd, 15 pp.)
COLLECTED CONTEXTS
DEPARTMENTS:
New Products:
New Products in IC Magazine.
450




CONTEXT COLLECTION
3: EXPERTISE FROM CBT FIELD
CBT (COMPUTER BASED TRAINING):
Administration:
Authoring Systems:
CBT Assistance:
CBT Costs:
CBT Design:
CBT Roles:
CBT Systems:
CBT Technology:
CBT Training:
CBT Uses:
Development Process:
Glossary:
Graphics:
Implementation:
Learning through CBT:
Standards:
CREATE ALTERNATES
GUIDE WINDOW
SELECT SOURCES
FIRST PICK SUBJECTS:
<Ins>: Highlight a subject.
<Del>: Remove the highlight.
SECOND PICK CONTEXTS:
+ or - keys expand/contract list.
<Shift+/Shift-> for most or least detail in list.
TO EXAMINE CONTEXTS:
<F2> to switch windows.
/ to "divide" a Guide window.
<Shift PgUp/Shift PgDn> to zoom windows.
460
462
464

FIGURE 37A

FIGURE 37B

CONTEXT COLLECTION
3: EXPERTISE FROM CBT FIELD
CBT (COMPUTER BASED TRAINING):
Administration:
Administering CBT Development.
Administration of Courseware.
Administration Systems for CBT.
Consultant as Project Manager.
Managing CBT.
Myths about CBT Technology.
Project Definition.
Record Keeping.
Role of Administrator.
User Groups.
Authoring Systems:
Selection:
Limits of Authoring Systems.
Selecting Authoring Systems.
CREATE ALTERNATES
GUIDE WINDOW
ADMINISTERING CBT DEVELOPMENT
One of the basic laws in this business is "you can't wing it with CBT." The very nature of the computer medium requires specificity in articulating design, scripts, displays, and logic beyond that required in any other environment. If you don't plan it, it won't be programmed. If you don't program it precisely, it won't
(Gery, 94-96)
COLLECTED CONTEXTS
DEPARTMENTS:
New Products:
New Products in IC Magazine.
466
470
468

480
482
LINK ALTERNATES
Please enter the names of up to four Alternates:
Alt #1: [New Editorial Assistant ]
Location: [C:\ED-ALTS\NEW-ASST.ALT ]
Alt #2: [Expertise from CBT Field ]
Location: [C:\CBT\CONTEXTS\CBT.IS ]
Alt #3: [ ]
Location: [ ]
Alt #4: [ ]
Location: [ ]
<L> Link Alternates <F6> Undo Link <Esc> Abort

FIGURE 38

FIGURE 39A

494
490
492
CREATE ALTERNATES
CONTEXT WINDOW
GUIDE WINDOW
CREATE ALTERNATES:
Select:
New Alternate.
Existing Alternate.
Choose Context Bases.
Save Alternate.
Abandon Current Work.
Clear Screen (for new Alternate).
Print.
Context Collection/Positioning.
Time-Sequencing.
<ENTER> Start
<F2> Next Window
<F1> Help
/ Split Window
<F9> Speed Keys
<F10> Alternate
CONTEXT COLLECTION
AND
CONTEXT POSITIONING
Collect Contexts and use them to construct a model.
CONTEXT COLLECTION:
This three-window system provides rapid access to Contexts and the ability to collect them rapidly.
The left window has the Available Contexts.
The right window is the Guide, the text/graphics of each Context.
The bottom left window holds the Collected Contexts.
1 of 2

496
498
SELECT THE NEXT STEP:
1: Context Collection
2: Context Positioning
Press <1>, <2>, or <Esc> to return to menu.

FIGURE 39B

504
502
500
CONTEXT POSITIONING
NEW EDITORIAL ASSISTANT
DEPARTMENTS:
Departments:
Design:
Design Relationships to the Mag. 1
Editing:
The Editor's View. 1
New Products:
Audience:
A Vital Reader Interest. 1
Literature:
Literature and Book Reivews. 1
Writing Style:
New Products as "Catalog". 1
New Products as "News." 1
CREATE ALTERNATES
GUIDE WINDOW
DESIGN RELATIONSHIPS TO THE MAGAZINE
The editorial product is a totality. In conjunction with the ads, it is packaged as one three-dimensional article. This is how the reader receives it, and this is how he thinks of it: one object.
Although this chapter concentrates on departments, it is necessary to remember that the departments are merely a part of that object. It is important, therefore, to remember that the graphic image the departments transmit must be produced in the
(Whitel, 81)

FIGURE 40A



FIGURE 40B

CONTEXT POSITIONING
CREATE ALTERNATES
GUIDE WINDOW
NEW EDITORIAL ASSISTANT
DEPARTMENTS:
New Products:
New Products in IC Magazine. 2
EDITORIAL:
Editing Articles:
Anatomy of a Competent Article. 2
Creating Excitement in Articles. 2
The Inspired Story.
Production and Design:
Editorial/Type Specifications. 2
Equivalents. 2
How to Use the Transfer Program. 2
Proofreading Marks. 2
NEW PRODUCTS: IC MAGAZINE
The "New Products" section is four magazine pages long. In terms of total column inches of space, that comes out to be 108 inches. Those measurements include several things: the items themselves, photos, "Further Items of Interest," and the "New Products" bio.
It breaks down this way:
15 - 20 items
6 - 8 product photos
15 - 18 inches of "Further Items of Interest"
Plus about a half-inch of bio.
(Elizabeth, 3 pp.)
506
510
512
508

FIGURE 41

CONTEXT POSITIONING
CREATE ALTERNATES
GUIDE WINDOW
NEW EDITORIAL ASSISTANT
NEW PRODUCTS: IC MAGAZINE
MERGE ALTERNATES
Please select one of these options:
<M> Merge Alternates
The Contexts will be integrated in one list based on their titles and sub-heads.
<F6> Undo the Merger
The Undo key works if this is the first operation after Merging the Alternates.
DEPA
New
Ne
EDIT
Edi
An
Cr
Th
Pro
Eq
Ho
Proofreading Marks.
rms
al
st,"
2
of Interest"
Plus about a half-inch of bio.
(Elizabeth, 3 pp.)
520
522

FIGURE 42A

530 CREATE ALTERNATES

CONTEXT POSITIONING

NEW EDITORIAL ASSISTANT

DEPARTMENTS:
Departments:
Design:
▸ Design Relationships to the Mag. 1

Editing:
The Editor's View. 1

New Products:
Audience:
A Vital Reader Interest. 1

534 Literature:
Literature and Book Reivews. 1

535 New Products:
New Products in IC Magazine. 2

GUIDE WINDOW

DESIGN RELATIONSHIPS TO THE MAGAZINE

The editorial product is a totality. In conjunction with the ads, it is packaged as one three-dimensional article. This is how the reader receives it, and this is how he thinks of it: one object.

Although this chapter concentrates on departments, it is necessary to remember that the departments are merely a part of that object. It is important, therefore, to remember that the graphic image the departments transmit must be produced in the

(White1, 81)

FIGURE 42B

532 — CREATE ALTERNATES

CONTEXT POSITIONING

NEW EDITORIAL ASSISTANT

Writing Style:
- New Products as "Catalog". 1
- New Products as "News." 1
- New Products as "Show Windows". 1
- New Products as "Story". 1

EDITORIAL:
Copyediting:
Guidelines:
- Conscientious Habits. 1
- Editing for Flow. 1
- Editing for Content. 1

Editing Articles:
- Anatomy of a Competent Article. 2
- Creating Excitement in Articles. 2
- The Inspired Story. 2

GUIDE WINDOW

NEW PRODUCTS AS "CATALOG"

Some publications devote major space to new products in every issue. Others do so only on occasion (such as once a year in a special issue). But whatever the frequency, certain catalog techniques are followed which should be pointed out. First of all, however, it is necessary to mention that the catalog business is burgeoning. Selling by mail from illustrated catalogs fills a proud and glamorous page in this country's social history, though the graphic design of catalogs has only recently received the

(Whitel, 152-153)

FIGURE 43

CONTEXT POSITIONING
CREATE ALTERNATES
GUIDE WINDOW
NEW EDITORIAL ASSISTANT
DEPARTMENTS:
Departments:
New Products:
EDITORIAL:
Copyediting:
Editing Articles:
Production and Design:
Proofreading:
Writing:
EDITING SPEED KEYS:
MOVE <Alt> and key
COPY <Ctrl> and key
HOME Move/Copy to top of list
END Move/Copy to bottom of list
PgUp Move/Copy up one screen
PgDn Move/Copy down one screen
Up Move/Copy up one line
Down Move/Copy down one line
> Indent one level to right
< Outdent one level to left
CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.
540
542
544

FIGURE 44A

550 — CREATE ALTERNATES

CONTEXT POSITIONING

NEW EDITORIAL ASSISTANT

DEPARTMENTS:
 Departments:
 New Products:
 Writing:

552 → EDITORIAL:
 Copyediting:
 Editing Articles:
 Production and Design:
 Proofreading:

GUIDE WINDOW

EDITING SPEED KEYS:

| | | |
|---|---|---|
| | MOVE | <Alt> and key |
| | COPY | <Ctrl> and key |
| HOME | Move/Copy to top of list | |
| END | Move/Copy to bottom of list | |
| PgUp | Move/Copy up one screen | |
| PgDn | Move/Copy down one screen | |
| Up | Move/Copy up one line | |
| Down | Move/Copy down one line | |
| > | Indent one level to right | |
| < | Outdent one level to left | |

CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.

CONTEXT POSITIONING
NEW EDITORIAL ASSISTANT
DEPARTMENTS:
Departments:
New Products:
Writing:
Editing Articles:
Copyediting:
Production and Design:
Proofreading:
CREATE ALTERNATES GUIDE WINDOW
EDITING SPEED KEYS:
MOVE <Alt> and key
COPY <Ctrl> and key
HOME Move/Copy to top of list
END Move/Copy to bottom of list
PgUp Move/Copy up one screen
PgDn Move/Copy down one screen
Up Move/Copy up one line
Down Move/Copy down one line
> Indent one level to right
< Outdent one level to left
CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.
554

FIGURE 44B

FIGURE 45A

560
CONTEXT POSITIONING
CREATE ALTERNATES GUIDE WINDOW
NEW EDITORIAL ASSISTANT
Departments:
Writing:
Editing Articles:
Copyediting:
Production and Design:
Proofreading:
564
EDITING SPEED KEYS:
MOVE <Alt> and key
COPY <Ctrl> and key
HOME Move/Copy to top of list
END Move/Copy to bottom of list
PgUp Move/Copy up one screen
PgDn Move/Copy down one screen
Up Move/Copy up one line
Down Move/Copy down one line
> Indent one level to right
< Outdent one level to left
CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.



FIGURE 45B

562
566
CONTEXT POSITIONING
CREATE ALTERNATES GUIDE WINDOW
NEW EDITORIAL ASSISTANT
Departments:
Writing:
Editing:
Copyediting:
Production and Design:
Proofreading:
EDITING SPEED KEYS:
MOVE <Alt> and key
COPY <Ctrl> and key
HOME Move/Copy to top of list
END Move/Copy to bottom of list
PgUp Move/Copy up one screen
PgDn Move/Copy down one screen
Up Move/Copy up one line
Down Move/Copy down one line
> Indent one level to right
< Outdent one level to left
CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.





570
572
CONTEXT POSITIONING
CREATE ALTERNATES
GUIDE WINDOW
NEW EDITORIAL ASSISTANT
Departments:
Writing:
Editing:
Copyediting:
Production and Design:
Proofreading:
EDITING SPEED KEYS:
MOVE <Alt> and key
COPY <Ctrl> and key
HOME Move/Copy to top of list
END Move/Copy to bottom of list
PgUp Move/Copy up one screen
PgDn Move/Copy down one screen
Up Move/Copy up one line
Down Move/Copy down one line
> Indent one level to right
< Outdent one level to left
CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.

FIGURE 46A



FIGURE 46B

CONTEXT POSITIONING
CREATE ALTERNATES
GUIDE WINDOW
NEW EDITORIAL ASSISTANT
Departments:
Writing:
Editing:
Production and Design:
Proofreading:
EDITING SPEED KEYS:
MOVE <Alt> and key
COPY <Ctrl> and key
HOME Move/Copy to top of list
END Move/Copy to bottom of list
PgUp Move/Copy up one screen
PgDn Move/Copy down one screen
Up Move/Copy up one line
Down Move/Copy down one line
> Indent one level to right
< Outdent one level to left
CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.
576
575
577
574
578
579

FIGURE 47A

580 CREATE ALTERNATES

CONTEXT POSITIONING

NEW EDITORIAL ASSISTANT

▸ Departments:
Design:
Editing:
New Products:

Writing:
Article Elements:
Organization:
Technical Writing:
Techniques:

Editing:
Copyediting:
Editing Articles:

Production and Design:
584 Basics:
586 Costs:

GUIDE WINDOW

EDITING SPEED KEYS:

MOVE <Alt> and key
COPY <Ctrl> and key

HOME Move/Copy to top of list
END Move/Copy to bottom of list

PgUp Move/Copy up one screen
PgDn Move/Copy down one screen

Up Move/Copy up one line
Down Move/Copy down one line

> Indent one level to right
< Outdent one level to left

CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.

FIGURE 47B

CONTEXT POSITIONING
CREATE ALTERNATES
GUIDE WINDOW
NEW EDITORIAL ASSISTANT
Proofreading:
EDITING SPEED KEYS:
MOVE <Alt> and key
COPY <Ctrl> and key
HOME Move/Copy to top of list
END Move/Copy to bottom of list
PgUp Move/Copy up one screen
PgDn Move/Copy down one screen
Up Move/Copy up one line
Down Move/Copy down one line
> Indent one level to right
< Outdent one level to left
CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.
582
588

FIGURE 47C

590 CONTEXT POSITIONING

CREATE ALTERNATES GUIDE WINDOW

```
NEW EDITORIAL ASSISTANT

Departments:
 Design:
 Editing:
 New Products:

Writing:
 Article Elements:
 Organization:
 Technical Writing:
 Techniques:

Editing:
 Copyediting:
 Editing Articles:

Production and Design:

▸ Proofreading:
```

592

```
          EDITING SPEED KEYS:

          MOVE    <Alt>  and key
          COPY    <Ctrl> and key

HOME      Move/Copy to top of list
END       Move/Copy to bottom of list

PgUp      Move/Copy up one screen
PgDn      Move/Copy down one screen

Up        Move/Copy up one line
Down      Move/Copy down one line

>         Indent one level to right
<         Outdent one level to left

          CURSOR ON A CLUSTER TITLE:
          Move/Copy the whole Cluster
          with that command.
```

FIGURE 48A

600
606
602
608
604
610
TIME-SEQUENCE WINDOW
CREATE ALTERNATES
NEW EDITORIAL ASSISTANT
DEPARTMENTS:
Design:
Editing:
New Products:
WRITING:
Article Elements:
Organization:
GUIDE WINDOW
SPEED KEYS:
MOVE <Alt> and key
COPY <Ctrl> and key
HOME Move/Copy to top of list
END Move/Copy to bottom of list
PgUp Move/Copy up one screen
PgDn Move/Copy down one screen
Up/Down Move/Copy up/down one line
< or > Move/Copy one level left/right
CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.



FIGURE 48B

612
616
614
CREATE ALTERNATES
TIME-SEQUENCE WINDOW
NEW EDITORIAL ASSISTANT
DEPARTMENTS:
WRITING:
EDITING:
PRODUCTION AND DESIGN:
PROOFREADING:
GUIDE WINDOW
SPEED KEYS:
MOVE <Alt> and key
COPY <Ctrl> and key
HOME Move/Copy to top of list
END Move/Copy to bottom of list
PgUp Move/Copy up one screen
PgDn Move/Copy down one screen
CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.
Up/Down Move/Copy up/down one line
< or > Move/Copy one level left/right

FIGURE 49

620
622
TIME-SEQUENCE WINDOW
CREATE ALTERNATES
NEW EDITORIAL ASSISTANT
PRODUCTION AND DESIGN:
PROOFREADING:
EDITING:
DEPARTMENTS:
WRITING:
GUIDE WINDOW
SPEED KEYS:
MOVE <Alt> and key
COPY <Ctrl> and key
HOME Move/Copy to top of list
END Move/Copy to bottom of list
PgUp Move/Copy up one screen
PgDn Move/Copy down one screen
Up/Down Move/Copy up/down one line
< or > Move/Copy one level left/right
CURSOR ON A CLUSTER TITLE:
Move/Copy the whole Cluster
with that command.
623
624
625
626
627



FIGURE 50A

630
634
CREATE ALTERNATES
TIME-SEQUENCE WINDOW
NEW EDITORIAL ASSISTANT
PRODUCTION AND DESIGN:
PROOFREADING:
EDITING:
DEPARTMENTS:
WRITING:

TIME-SEQUENCE WINDOW
CREATE ALTERNATES
632
636
NEW EDITORIAL ASSISTANT
PRODUCTION AND DESIGN:
PROOFREADING:
EDITING:
Copyediting:
Editing Articles:
DEPARTMENTS:
Design:
Editing:
New Products:
WRITING:
Article Elements:
Organization:
Technical Writing:
Techniques:

FIGURE 50B

FIGURE 51A

CREATE ALTERNATES
640
CONTEXT WINDOW
Reports:
Report System.
Copyright Reports.
Development Logs.
Trace Development:
Run in Trace Mode.
Recent Commands.
All Commands.
Flow Chart.
Parallel Processes.
Compile for Distribution.
Locked Alternates.
644
642
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
/ Split Window
<F10> Context
GUIDE WINDOW
COMPILE FOR DISTRIBUTION
Compile a "locked" or a custom ("unlocked") Alternate.
COMPILE FOR DISTRIBUTION:
When compiling, the developer selects whether this will be a locked or custom Alternate.
646
Compiling creates an independent software program--an Alternate--that runs as stand-alone software on other computer systems.
650
The Alternate may be distributed on floppy disks or on other media.
1 of 2

648
CREATE ALTERNATES
GUIDE WINDOW
CONTEXT WINDOW
COMPILE FOR DISTRIBUTION
COMPILING A LOCKED ALTERNATE
ENTER FILENAME: [JULIE1.ALT ]
<C> to compile, <Esc> to cancel
re
on floppy disks or on other media.
1 of 2
Rep
Re
Co
De
Tra
Ru
Re
Al
Fl
Com
Lo
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
/ Split Window
<F10> Context

FIGURE 51B

652
CREATE ALTERNATES GUIDE WINDOW
CONTEXT WINDOW
COMPILE FOR DISTRIBUTION
COMPILING AN UNLOCKED ALTERNATE
ENTER FILENAME: [JULIE2.ALT ]
<C> to compile, <Esc> to cancel
on floppy disks or on other media.
1 of 2
Cu
UTIL
Spe
Con
Mo
Ti
Hel
Qui
re
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
/ Split Window
<F10> Context

FIGURE 51C



FIGURE 52

662
CONTEXT WINDOW
CREATE ALTERNATES
GUIDE WINDOW
SELECT
CREA
Sel
Ne
Ex
Ch
Sa
Ab
Cl
Pr
Con
Tim
es
es.
SAVING THE
UNCOMPILED
ALTERNATE
PLEASE WAIT . . .
Select sources of contexts to
include in the Alternate.
1 of 2
<ENTER> Start
<F1> Help
<F9> Speed Keys
<F2> Next Window
/ Split Window
<F10> Context
660

