# EXHIBIT B



September 3, 2010

**VIA FEDERAL EXPRESS**
Mr. David Wathen
TriMas Corporation
39400 Woodward Avenue
Suite 130
Bloomfield Hills, MI 48304

Dear Mr. David Wathen:

Re: U.S. Patent No. 5,251,294 (Abelow)

We represent Webvention, LLC; the owner of United States Patent Number 5,251,294, which is available on Webvention's website, www.webventionllc.com. The '294 patent is directed to systems and methods for organizing, presenting, and accessing information.

The inventions described by the '294 patent have been increasingly used by companies in recent years to manage and present information via the internet. To date, 101 companies— including **American Express, Ann Taylor, Google, Hewlett Packard, Horizon Healthcare, Kimberly-Clark, Lockheed Martin, Nokia, Orbitz, Panasonic, Samsung, and Sears** —have chosen to license the '294 patent.

We have reviewed TriMas Corporation's website at www.trimascorp.com, and have prepared the enclosed claim chart demonstrating how the website utilizes claims 28, 37, and 40 of the '294 patent. The screen shots used in the charts are representative only. In addition to the charted claims, you should consider claims 29, 31-33, 41-44, 47, 53, 55, and 64. Depending on how the website was constructed, claims 1-8, 12-21, and 78 may also be utilized during the design and programming of the website, as well as other internal systems to organize and access information.

### The Webvention Licensing Opportunity

Webvention's patented technology provides numerous benefits to your company, including dramatically increased ease-of-use and, in all likelihood, improvements to traditional measures of website usability and impact, such as visits, page views, time-on-site, ad clicks, and sales. The use of the technology may vary from website to website.

For the next 45 days, Webvention is willing to license the '294 patent for a one-time, fully paid-up licensing fee of $80,000.00 for a non-exclusive, company-wide right to use Webvention's technology. The details of Webvention's license are set forth on the enclosed license agreement.

**Webvention, LLC**

Webvention is a limited liability company based in Marshall, Texas. We have retained The Davis Firm, P.C. (www.bdfirm.com) based in Longview, Texas, to assist the company in the licensing of the '294 patent. More information about the company can be found at www.webventionllc.com.

Sincerely,

*Todd Schmidt /ag*

Todd Schmidt
todd@webventionllc.com

Enclosures (3)

**Notice**
Webvention Licensing LLC reserves all rights with regard to the '294 patent, including: (1) the right to seek damages anytime within the last six years that your company started to make use of Webvention's patented technology; (2) the right to change its royalty rates at any time; (3) the right to change this licensing program at any time without notice, including variance to conform to applicable laws. You should not rely on any communication or lack of communication from Webvention or The Davis Firm Group as a relinquishment of any of Webvention's rights.